# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** | **CASE NO.: 21-10064** |
| **BAYOU BYWATER LIVING, LLC** | Jointly Administered with |
| **WEBSTER STREET HOLDINGS, LLC** | **CASE NO.: 21-10065** |
| **RELDS, LLC** | **CASE NO.: 21-10204** |
| **SOUTH CLAIBORNE HOLDINGS, LLC** | **CASE NO.: 21-10205** |
| **GERARD McGOVERN** | **CASE NO.: 21-11033** |
| **DEBTORS** | **SECTION "A"** |
| | **CHAPTER 7** |

---

**CARROLLTON & OAK, LLC**

    Plaintiff

**VS**                                                            **ADVERSARY NO.:22-1004**

**GERARD MCGOVERN**

    Defendant

---

## WITNESS LIST OF CARROLLTON & OAK, LLC, PLAINTIFF

**NOW INTO COURT**, through undersigned counsel, comes Carrollton & Oak, LLC ("Plaintiff"), plaintiff herein who submits this Witness List for trial as required by this Court's Order [Doc. 7] entered on March 24, 2022.

The Plaintiff may call the following witness(es):

1. Gerard McGovern

2. Jose Juan Aguilar a/k/a Gilbert Riveras

3. Nidal Jaber

4. Tommy Ngo

5. Rose Ngo a/k/a Rose Nguyen
6. Man Ngo
7. Nga Nguyen a/k/a Kathy Nguyen
8. Joseph Nguyen
9. William Baldwin
10. Dontae Amos
11. Charles Neyrey, M2 Studio
12. David Bohiem, Southern Builders of Louisiana
13. Eihab Jabr
14. Robert Van Meter, Berkshire Hathaway Realtors
15. Waldo Moret, Bruno & Tervalon
16. Michal L. Schexnayder
17. Mohamad Saleh
18. Robert Merrick, Latter and Blum
19. Omar Alas
20. A licensed Louisiana Real Estate Broker
21. A licensed Louisiana Real Estate Agent
22. Any witness listed or called by any party.
23. Any witness required for rebuttal

The Plaintiff reserves the rights to amend and supplement this witness list.

Respectfully submitted,

/s/ William E. Steffes
William E. Steffes, LA Bar No. 12426
THE STEFFES FIRM, LLC
13702 Coursey Blvd., Bldg. 3

        Baton Rouge, LA 70817
        Telephone: (225) 751-1751
        Facsimile: (225) 751-1998
        Email: bsteffes@steffeslaw.com

        And

        ERIC OLIVER PERSON, BAR NO. 10530
        1539 Jackson Avenue, Suite 100
        New Orleans, Louisiana 70130
        Telephone: (504) 782-7401
        Facsimile: (504) 561-8612
        E-mail: eric@eoplaw.net
        TRIAL ATTORNEY

        And

        MICHAEL G. BAGNERIS, LSBA #2658
        Bagneris, Pieksen and Associates, LLC
        935 Gravier Street, Suite 2110
        New Orleans, Louisiana 70112
        Telephone: (504) 493-7990
        Facsimile: (504) 493-7991
        E-mail: bagneris@bpajustice.com
        CO-COUNSEL

        *Attorneys for Carrollton & Oak, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Witness List has been served on counsel for Defendant via e-mail to JON@DETLAWFIRM.COM.

Baton Rouge, Louisiana, September 13, 2022.

                /s/ William E. Steffes
                William E. Steffes