UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 21-10064 |
| | * | Jointly Administered with |
| BAYOU BYWATER LIVING, LLC; | * | CASE NO. 21-10065 |
| WEBSTER STREET HOLDING, LLC; | * | CASE NO. 21-10204 |
| RELDS, LLC; AND | * | CASE NO. 21-10205 |
| SOUTH CLAIBORNE HOLDINGS, LLC, | * | CASE NO. 21-11033 |
| GERARD MCGOVERN | * | |
| | * | SECTION "A" |
| DEBTORS | * | |
| | * | CHAPTER 7 |
| | * | |

*************************************************************************

| | | |
|---|---|---|
| | * | |
| CARROLTON & OAK, LLC | * | |
| Plaintiff/Creditor | * | ADV CASE #: 22-01004 |
| | * | |
| vs. | * | |
| | * | |
| GERARD MCGOVERN | * | |
| Defendant/Debtor | * | |
| | * | |

*************************************************************************

## WITNESS LIST OF DEFENDANT

NOW INTO COURT, through undersigned counsel, comes defendant, Gerard McGovern (hereinafter referred to as "Defendant"), who, pursuant to the Court's trial Scheduling Order [P-7], submits this of witnesses that he may call at trial:

1. Gerard McGovern
2. Nidal Jaber
3. Tommy Ngo
4. Rose Ngo aka Rose Nguyen
5. Mga Nguyen aka Kathy Nguyen
6. Eihab Jabr
7. Jose Juan Rosete Aguilar aka Gilberto Riveras
8. Marilyn Alexander
9. Jadallah Saed

10. Tim Hand or representative of Hand Law Firm with information of representation of Plaintiff.
11. Fernando Banegas
12. Jose Martinez
13. Michael Brandner – former business partner of Nidal Jaber
14. Richard Regan
15. Robert Harvey
16. Attorneys of the Douglas Law Firm.
17. Randall Hardouin
18. Vincent Randazzo
19. Mohammed Saleh
20. Maqbul Rahmen
21. Suzanne Wimsatt
22. Omar Hamdan
23. Tracy Yeager
24. Any other tenants of 1200 South Carrolton who resided in the property prior to, and after, Plaintiff's subject lease to purchase agreement was executed.
25. Any and all experts that the parties may deem necessary and who are timely disclosed.
26. Any witness identified through discovery or by any other party between now and trial.
27. Any other witness that may be discovered at a later date that holds discoverable information that is relevant to the case at hand.
28. Any witness that is necessary for impeachment or rebuttal.

Defendant reserves their right to supplement or amend this list.

Respectfully Submitted:

/s/ Jonathan R. DeTrinis
Jonathan R. DeTrinis #33536
**DeT Law Firm, LLC**
4000 Bienville Street, Suite C-1
New Orleans, Louisiana 70119
Ph: (504) 722-9711
Fx: (504) 327-5309

Jon@DeTlawfirm.com
Attorney for the Defendant