# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| | CASE NO.: 21-10064 |
| BAYOU BYWATER LIVING, LLC | Jointly Administered with |
| WEBSTER STREET HOLDINGS, LLC | CASE NO.: 21-10065 |
| RELDS, LLC | CASE NO.: 21-10204 |
| SOUTH CLAIBORNE HOLDINGS, LLC | CASE NO.: 21-10205 |
| GERARD McGOVERN | CASE NO.: 21-11033 |
| DEBTORS | SECTION "A" |
| | CHAPTER 7 |

---

**CARROLLTON & OAK, LLC**

    Plaintiff

**VS**                                    **ADVERSARY NO.:22-1004**

**GERARD MCGOVERN**

    Defendant

---

## JOINT EXHIBIT LIST

Carrollton & Oak, LLC, plaintiff herein and Gerard McGovern, defendant herein, by and through undersigned counsel, hereby files and serves its Joint Exhibit List for trial as required by this Court's Order [Doc. 7] entered on March 24, 2022, to wit:

| Joint Exhibit No. | Description | Carrollton Exhibit. No. | McGovern Exhibit No. |
|---|---|---|---|
| Joint Ex. 1 | Declination of Right of First Refusal | Carrollton Ex. 4 | McGovern Ex. D |
| Joint Ex. 2 | Lease with Option to Purchase recorded by Trieu Law, LLC and Promissory Note | Carrollton Exs. 8 and 9 | McGovern Ex. F |

| | | | |
|---|---|---|---|
| Joint Ex. 3 | Cashier's check for Lease with an Option to Purchase option fee of $312,500 | Carrollton Ex. 10 | McGovern Ex. E |
| Joint Ex. 4 | Tenant Lease Agreements | Carrollton Ex. 11 | McGovern Exs. A and C |
| Joint Ex. 5 | Proposal letter by Nidal Jaber to Tommy Ngo trying to resolve matters between Gerard McGovern & Tommy Ngo | Carrollton Ex. 20 | McGovern Ex. P |
| Joint Ex. 6 | Carrollton & Oak, LLC v. Nguyen, Nga a/k/a Nguyen, Kathy d/b/a Pho Bistreaux Restaurant, et al -- Judgment | Carrollton Ex. 55s | McGovern Ex. Z |

Dated: October 11, 2022

Respectfully submitted,

/s/ William E. Steffes
William E. Steffes, LA Bar No. 12426
THE STEFFES FIRM, LLC
13702 Coursey Blvd., Bldg. 3
Baton Rouge, LA 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bsteffes@steffeslaw.com

/s/ Eric Oliver Person
ERIC OLIVER PERSON, BAR NO. 10530
1539 Jackson Avenue, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 782-7401
Facsimile: (504) 561-8612
E-mail: eric@eoplaw.net
TRIAL ATTORNEY

-and-

        MICHAEL G. BAGNERIS, LSBA #2658
        Bagneris, Pieksen and Associates, LLC
        935 Gravier Street, Suite 2110
        New Orleans, Louisiana 70112
        Telephone: (504) 493-7990
        Facsimile: (504) 493-7991
        E-mail: bagneris@bpajustice.com
        CO-COUNSEL
        *Attorneys for Carrollton & Oak, LLC*

And

/s/Jonathan R. DeTrinis
Jonathan R. DeTrinis #33536
**DeT Law Firm, LLC**
4000 Bienville Street, Suite C-1
New Orleans, Louisiana 70119
Ph: (504) 722-9711
Fx: (504) 327-5309
Jon@DeTlawfirm.com

*Attorney for Gerard McGovern*